UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ALEX MENDOZA SOLAN,
   a/k/a "Alex Soto Mendoza,"
   a/k/a "Anthony R. Lopez,"
   a/k/a "Alex Esteves,"
   a/k/a "Jose Jaramillo,"
   a/k/a "Anthony Santiago Lopez,"

               Defendant.

**Order of Continuance**

18 Mag. 7469

---

Upon the application of the United States of America and the affirmation of Daniel H. Wolf, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 8, United States Code, Section 1326(a) and (b)(2), in a complaint dated August 29, 2018;

On or about May 30, 2019, the defendant was arrested and presented before Magistrate Judge James L. Cott in this District and remanded to custody;

It is further found that Philip Weinstein, Esq., counsel for the defendant, and Assistant United States Attorney Daniel H. Wolf have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is:

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 15, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Daniel H. Wolf be served by email on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       June 13, 2019

_____
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York