UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEX MENDOZA-SOLAN,

Defendant.

**ORDER**

19 Cr. 483 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, presently scheduled for December 6, 2019 at 4:00 p.m., will now take place on **December 12, 2019 at 3:00 p.m.**

Dated: New York, New York
       December 9, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge